AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AUDREA LAMBERT

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV604-16

BRIGGS & STRATTON CORPORATION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order entered January 19, 2005, vacating the Court's

Order entered denying Defendant's motion for summary judgment and granting Defendant

Briggs & Stratton Corporation's motion for summary judgment;  judgment is hereby entered

granting Defendant Briggs & Statton Corporation motion for summary judgment and this

case stands dismissed.

January 19, 2006
_____
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03