IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

Audrea Lambert )
      Plaintiff, )
 )
VS. )
 ) Civil Action No.: CV604-16
Briggs & Stratton, )
      Defendant. )

### ORDER

The Judgment of this Court in the above-styled action having been Affirmed by the United States Court of Appeals.

**IT IS HEREBY ORDERED** that the Judgment of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 10th day of August, 2006.

_____
JUDGE ANTHONY A. ALAIMO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA